U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 1 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 08-00344 |
| | * | |
| | * | 18 U.S.C. § 111(a) |
| VERSUS | * | (Assault of Government Employee) |
| | * | |
| | * | JUDGE DRELL |
| MATTHEW VICKERS | * | MAGISTRATE JUDGE KIRK |

## INDICTMENT

On or about May 15, 2008, in the Western District of Louisiana, the defendant, MATTHEW VICKERS, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a Correctional Officer at the United States Penitentiary in Pollock, Louisiana, by striking the Correctional Officer with his fist, while the Correctional Officer was engaged in his official duties, in violation of Title 18, United State Code, Section 111(a). [18 U.S.C. § 111(a)]

A TRUE BILL

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

_____
J. SCOTT WILLIAMS (NY # 4162046)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
318-676-3600