UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-00344 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| MATTHEW VICKERS | * | MAGISTRATE JUDGE KIRK |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR SPECIFIC *BRADY* MATERIAL

MAY IT PLEASE THE COURT:

The defendant, MATTHEW VICKERS, has filed a request for *Brady* material. Specifically, the defendant requests "any documents in the custody of the Bureau of Prison or the United States regarding aggressive tendencies by the alleged victim."

The United States is aware of its obligations under *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed. 215 (1963). At this time, the United States is unaware of any documents, or other evidence, regarding aggressive tendencies by the victim in this case. Should the United States learn of such evidence, it will promptly provide the defendant with a copy.

Respectfully submitted,

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

By:   /S/_____
NICOLE O. SNYDER (Cal. Bar No. 250636)
ASSISTANT UNITED STATES ATTORNEY
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
318/676-3600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

this 6th day of August, 2009.

/S/_____
Nicole O. Snyder
Assistant U. S. Attorney