# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 08-CR-00344** |
| **VERSUS** | **JUDGE DRELL** |
| **MATTHEW VICKERS** | **MAGISTRATE JUDGE KIRK** |

## <u>ORDER</u>

CONSIDERING the motion of defendant entitled MOTION IN LIMINE;

IT IS ORDERED THAT any evidence of injury to Patrick Craig and any evidence of alleged racial remarks by Vickers should be excluded.

Alexandria, Louisiana, August _____, 2009.

_____

DEE D. DRELL
United States District Judge