UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-00344-01 |
| VERSUS | JUDGE DEE D. DRELL |
| MATTHEW VICKERS | MAGISTRATE JUDGE KIRK |

## MINUTES OF COURT

Thursday, August 13, 2009     Court convened: 9:15 A.M.     Court adjourned: 9:30 A.M.
Time in Court: /15 minutes

**PRESENT:**  DEE D. DRELL            DISTRICT JUDGE
            **Myra Primeaux**        **Court Reporter**
            Marcia Leleux            Courtroom Deputy


            Nicole Snyder            Representing Government
            Wayne Blanchard          Representing Defendant
            Matthew Vickers          Defendant


**CASE CALLED FOR**: Hearing on [38 & 41] Motions in Limine filed by Defendant Vickers.


COMMENTS/RULINGS: After hearing argument on the motions, the Court deferred ruling on the portion of [38] Motion in Limine dealing with evidence of injuries of Officer Craig to the trial. The Court ruled the portion of [38] dealing with alleged remarks made by Defendant to staff members as moot; and [41] Motion in Limine dealing with witness Andre White as moot also.