Case 1:08-cr-00344-DDD-JDK Document 56 Filed 10/13/09 Page 1 of 6

RECEIVED
BY: _____
OCT 1 3 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

10-8-09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, DIVISION

MATTHEW VICKERS                    x   CRIMINAL NO.
                                   x   08-00344
                                   x
                                   x        JUDGE DRELL
                                   x
UNITED STATES OF America           x      MAGISTRATE
                                   x      JUDGE KIRK

DEFENDANTS RESPONSE TO GOVERNMENTS RESPONSE, IN REFERENCE TO DEFENDANTS MOTION FOR NEW TRIAL

Now comes DEFENDANT, MATTHEW VICKERS pro-se who RESPECTFULLY RESPONDS AS FOLLOWS:

IN THE GOVERNMENTS RESPONSE TO DEFENDANTS MOTION FOR NEW TRIAL THE RESPONDING COUNSEL FOR THE GOVERNMENT ASSISTANT UNITED STATES Attorney VS Nicole J SNYDER ATTEMPT to AVERT THE VERY

issue concerning defendants sole claim.

To reiterate, defendants claim in short, the defendant asserts two issues

(A) That during deliberation in defendants trial, members of the jury had reasonable doubts and that they believed that defendant may have been defending himself against the use of excessive force by Patrick Craig and,

(B) Most importantly, the defendant asserts, the jury failed to follow the judges instructions during deliberations concerning their doubt and how to properly handle the situation subsequently subjecting the defendant to a miscarriage of justice in denying him his right to a fair and impartial trial.

In the governments response Ms Snyder misconstrude numrous facts in attept to smoke

SCREEN" THE real issue And make defendant look Bad Furthermore ms snyder, Falsely represented cited case law in Her motion specifically in, United States v Arnold, 416 F3d-349 L5th (cir 2005) contrary to ms snyders Assertion The Above mentioned case is Not like Defendants case in THE Arnold case, THE Jury Had question About A issue concerning THE drug quantity.. The Judge instructed Them To Answer, Three interrogatories on THE verdict From which THE Jury complied In defendants case THE Jury did not Follow The Judges specific instructions

conclution

In This case Jurror's experienced doubt in THE Evidence and By Way of Not Following THE Judges specific instructions Bridged a" miscarriage of Justice if This verdict were to stand. Accordingly, The

DEFENDANTS MOTION FOR A NEW TRIAL SHOULD BE GRANTED TO meet THE ENDS OF JUSTICE

RESPECTFULLY SUBMITTED,

WAYNE J. BLANCHARD
ASSISTANT FEDERAL PUBLIC DEFENDER
102 VERSAILLES BOULEVARD, SUITE 816
LAFAYETTE, LA 70501

LAFAYETTE
14 SEP 2009

ATTORNEY CLIENT MAIL

**TO BE OPENED IN PRESENCE OF INMATE**

2h4 - 1342

MR. MATTHEW VICKERS
INMATE REGISTER # 25084-038
USP POLLOCK
U.S. PENITENTIARY
P.O. BOX 2099
POLLOCK, LA 71467

G Thomas
10/6/09
when
received

neopost
Mailed From 70501
09/14/2009
US POSTAGE

From: MATTHEW VICKERS
25064-038
USP Pollock
PO Box 2099
Pollock, LA 71467

legal

ALEXANDRIA LA 713
09 Oct 2009 PM 1 T

To: Clerk, United States District Court
Western District of Louisiana
US Courthouse
300 Fannin St, Suite 1167
Shreveport, LA, 71101-3083

71101+3083

UNITED STATES PENITENTIARY
POLLOCK
POLLOCK LA

DATE 10/10/09

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS-DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.