Matthew Vickers.
Reg. # 25084-038
U.S.P. Pollock
P.O. Box 2099
Pollock, La. 71467

RECEIVED
BY: _____
NOV 24 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

November 20th, 2009

United States District Court
for the Western District of Louisiana,
Clerk of Courts
300 _____ St. suite
Shreveport, La

U.S.A. v.                    criminal no.
Re. Matthew Vickers          08-00344

## Notice of Appeal

This is a notice of appeal, in reference to a criminal conviction and sentence of November 19th, 2009 in the above re. case. I advised the court at my sentencing I wish to appeal my case to the 5th circuit Court of Appeals. In addition I wish to proceed in forma-pauperis, and please be appointed appellant attorney.

It should also be noted that I will be immediately transferred to the A.D.X. in Florence, Colorado.

Respectfully Submitted

Matthew Vickers

Matthew Vickers
Reg. #
U.S.P. Pollock
P.O. Box 2099
Pollock, LA. 71467

ALEXANDRIA LA 713
23 NOV 2009 PM 2 T

7110143083

Attn: Clerk of Courts
U.S. Dist. Courthouse
Western District of LA.
300 Fannin St. 1167
Shreveport, LA. 71101#3083