RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 11/19/09
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-CR-00344 |
| VERSUS | JUDGE DRELL |
| MATTHEW VICKERS | MAGISTRATE JUDGE KIRK |

## NOTICE OF APPEAL

NOTICE is hereby given that MATTHEW VICKERS, the defendant-appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the final judgment rendered in these proceedings on November 19, 2009.

RESPECTFULLY SUBMITTED,

_/s/ Matthew Vickers_
MATTHEW VICKERS, Pro Se
BOP Register #25084-038
c/o USP Pollock
P. O. Box 2099
Pollock, Louisiana 71467

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above NOTICE OF APPEAL has been served on Ms. Nicole O'Brien Snyder, Assistant United States Attorney, 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101-3068 via hand delivery.

Lafayette, Louisiana, November 19, 2009.

_____
MATTHEW VICKERS