

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

March 8, 2010

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-337-593-5000*  *1-318-676-4276*


Hon. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA   70130


RE:    USA v Vickers
       USDC#   1:08cr00344     USCOA#   09-31137

Dear Sir:

In connection with this appeal, the following items are being transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

   Record on appeal including updated docket entries, consisting of:

      1 volumes of record
      3 volumes of transcript
      1 containers of exhibits
      1 env. w/sealed PSI & SOR
      1 env. w/sealed docs. 2, 3, 5, 9, 23-28, 34, 42, 43, 58

*Paper record held in Shreveport District clerk's office.  Certified electronic copy this date.

Very truly yours,

TONY R. MOORE, Clerk of Court

BY:      S/ Nancy Lundy
         Nancy Lundy, Deputy Clerk

nl
Enclosures